1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

9
10
11

| | |
|---|---|
| ANAND SYSTEMS, INC. AND DELAWARE HOTEL GROUP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BHAVESH VAKIL AND PRATIK VAKIL, <br><br> Defendants. | Case No. 2:23-cv-02934-CKD <br><br> [~~PROPOSED~~] **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> Hon. Carolyn K. Delaney <br><br> Complaint filed: December 15, 2023 <br> Current response date: February 8, 2024 <br> New response date: February 18, 2024 |

12
13
14
15
16
17
18

19      Having reviewed the Parties' Stipulation for Extension of Time to Respond to the

20   Complaint, and good cause appearing, IT IS HEREBY ORDERED that Defendants' deadline to

21   answer or otherwise respond to Plaintiffs' Complaint in this matter is extended from February 8,

22   2024 to February 18, 2024.

23         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24   Dated:  February 13, 2024

25   _____
     CAROLYN K. DELANEY
26   UNITED STATES MAGISTRATE JUDGE

27

28

8.anan23cv2934.stip.eot.ans

4894-3220-2659v1