Bijal V. Vakil (SBN 192878)
bijal.vakil@allenovery.com
ALLEN & OVERY LLP
550 High Street, Second Floor
Palo Alto, CA 94301
Tel.: (650) 388-1650
Fax: (650) 388-1699

*Attorneys for Defendant*
*Bhavesh Vakil and Pratik Vakil*

Sarju A. Naran (SBN 215410)
sarju.naran@hogefenton.com
Remington A. Lenton-Young (SBN 295392)
remington.lenton-young@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
55 South Market Street, Suite 900
San Jose, California 95113-2324
Tel.: 408.287.9501
Fax: 408.287.2583

*Attorneys for Anand Systems, Inc. and*
*Delaware Hotel Group*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ANAND SYSTEMS, INC. AND DELAWARE HOTEL GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BHAVESH VAKIL AND PRATIK VAKIL,<br><br>Defendants. | Case No. 2:23-cv-02934-CKD<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 144(a), IT IS HEREBY STIPULATED by and between Plaintiffs Anand Systems, Inc. and Delaware Hotel Group, LLC ("Plaintiffs") and Defendants Bhavesh Vakil and Pratik Vakil ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, that:

WHEREAS, on December 15, 2023, Plaintiffs filed the Complaint in this Court;

WHEREAS, on December 20, 2023, Plaintiffs served the Complaint on Pratik Vakil;

WHEREAS, on December 21, 2023, Plaintiffs served the Complaint on Bhavesh Vakil;

WHEREAS, pursuant to the Federal Rules of Civil Procedure 12(a), the deadline to answer or present other defenses or objections to Plaintiffs' Complaint is January 10, 2024 for Pratik Vakil and January 11, 2024 for Bhavesh Vakil;

WHEREAS, on January 10, 2024, the parties filed a Stipulation for Extension of Time to Respond to Complaint setting the Defendants' deadline to respond to the Complaint as February 8, 2024;

WHEREAS, on February 7, 2024, the Parties filed a Stipulation for Extension of Time to Respond to Complaint setting Defendants' deadline to respond to the Complaint as February 18, 2024;

WHEREAS, on February 13, 2024, the Court granted the requested extension of time to respond to the Complaint on February 18, 2024;

WHEREAS, Defendants require additional time to investigate the allegations in the Complaint in preparing their response to the Complaint, and for the parties to evaluate the prospects for early resolution of the matter;

WHEREAS, counsel for Plaintiffs and Defendants have met and conferred, and the Parties have agreed to extend Defendants' deadline to respond to Plaintiffs' Complaint to March 11, 2024;

WHEREAS, the requested extension is sought in good faith and not for the purposes of delay or any other improper reason; and

WHEREAS, this change to Defendants' response deadline will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, the Parties hereby stipulate and agree to extend the time for Defendants to answer, object, or otherwise respond to Plaintiffs' Complaint, up through and including March 11, 2024.

Dated: February 20, 2024                        Respectfully submitted,


By: */s/ Bijal V. Vakil*

Bijal V. Vakil (SBN 192878)
bijal.vakil@allenovery.com
ALLEN & OVERY LLP
550 High Street, Second Floor
Palo Alto, CA 94301
Tel.: (650) 388-1650
Fax: (650) 388-1699

*Attorneys for Defendant*
*Bhavesh Vakil and Pratik Vakil*


By: */s/ Remington A. Lenton-Young*

Sarju A. Naran (SBN 215410)
sarju.naran@hogefenton.com
Remington A. Lenton-Young (SBN 295392)
remington.lenton-young@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
55 South Market Street, Suite 900
San Jose, California 95113-2324
Tel.: 408.287.9501
Fax: 408.287.2583

*Attorneys for Anand Systems, Inc. and*
*Delaware Hotel Group, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ANAND SYSTEMS, INC. AND DELAWARE HOTEL GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BHAVESH VAKIL AND PRATIK VAKIL,<br><br>Defendants. | Case No. 2:23-cv-02934-CKD<br><br>[**PROPOSED**] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Hon. Carolyn K. Delaney<br><br>Complaint filed: December 15, 2023<br>Current response date: January 10, 2024<br>New response date: February 8, 2024 |

Having reviewed the Parties' Stipulation for Extension of Time to Respond to the Complaint, and good cause appearing, IT IS HEREBY ORDERED that Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint in this matter is extended from February 18, 2024 to March 11, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  February 20, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
anan23cv2934