# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| ANAND SYSTEMS, INC. AND DELAWARE HOTEL GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BHAVESH VAKIL AND PRATIK VAKIL,<br><br>Defendants. | Case No. 2:23-cv-02934-CKD<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Hon. Carolyn K. Delaney<br><br>Complaint filed: December 15, 2023<br>Current response date: January 10, 2024<br>New response date: February 8, 2024 |

Having reviewed the Parties' Stipulation for Extension of Time to Respond to the Complaint, and good cause appearing, IT IS HEREBY ORDERED that Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint in this matter is extended from March 11, 2024, to April 5, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  March 12, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
anand23cv2934.stip.eot.4